**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:26-cv-02905-SKC-CYC**

AMANDA MURRAY, *on behalf of*
*herself and all others similarly situated,*

Plaintiff,

v.

ASSET RECOVERY, INC.,

Defendant.

---

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT CLASS CERTIFICATION AND DAMAGES-RELATED DISCOVERY**

---

The Court, having reviewed Plaintiff's motion for leave to conduct class certification and damages-related discovery against Defendant Asset Recovery, Inc., as well as all supporting papers submitted in connection with the motion, and all papers and pleadings on file in this matter, and good cause appearing thereof, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion is hereby **GRANTED**.

2. Plaintiff is granted leave to initiate and serve class certification and damages-related discovery.

3. No later than ____________, Plaintiff shall either: (a) file a status report with the Court detailing the status of her class discovery efforts; or (b) file a motion for class certification and default judgment.

Date: __________________

______________________________
S. Kato Crews
United States District Judge